**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 24-cr-382** |
| **v.** : | |
| : | |
| **ANDREW KYLE GRIGSBY,** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF APPEARANCE**

The United States of America requests that the Court enter the appearance of Assistant United States Attorney Shalin Nohria as counsel of record for the government.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:    _*/s/ Shalin Nohria*_
       Shalin Nohria
       Assistant United States Attorney
       D.C. Bar No. 1644392
       United States Attorney's Office
       601 D St. NW, 6.713
       Washington, D.C.,
       202-344-5763
       shalin.nohria@usdoj.gov