AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

S. MARSHAL-DC PM4 16
RECEIVED NOV 3 '23

United States of America
v.
Andrew Kyle Grigsby

*Defendant*

)
)  Case No. 1:23-mj-294
)  Assign to: Magistrate Judge Zia M. Faruqui
)  Date: 11/3/2023
)  Description: Complaint with Arrest Warrant
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Andrew Kyle Grigsby_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) – Engaging in Physical Violence in the Capitol Grounds or any of the Capitol Buildings;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) and (b)-Assault Law Enforcement Officer with a Deadly or Dangerous Weapon.

Date: 11/03/2023

Zia M. Faruqui
*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/03/2023, and the person was arrested on *(date)* 01/10/2025
at *(city and state)* Washington DC.

Date: 01/10/2025

*Arresting officer's signature*

Derek Stallman DUSM
*Printed name and title*